BOB REEVE, CA Bar #176231
PO Box 1351, 10 Nove Way, Suite M
Valley Springs CA 95252
 (209) 772-1263, fax, land-line
bobreeveesq@yahoo.com

Attorney for MICHAEL E. LEWIS,
Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MICHAEL E. LEWIS, an individual, | **Case No: 1:16-cv-01918-DAD-EPG** |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **EXTENDING F.R.C.P. RULE 26 (a)** |
| | **INITIAL DISCLOSURE RE DEADLINE** |
| DOT TRANSPORTATION, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Plaintiff MICHAEL E. LEWIS ("Plaintiff") and defendant DOT TRANSPORTATION, INC., ("Defendant") (collectively, "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 261 (a)(1)(C) to extend the deadline from September 20, 2017, to October 20, 2017 for the Initial Disclosures required by Rule 26 (a)(1), and request that the Court enter an Order that the Initial Disclosures required by Rule 26 (a)(1) are due by October 30, 2017.

## STIPULATION

WHEREAS, the Parties, through counsel, met and conferred on the topics required by the Court in advance of the Scheduling Conference held on September 6, 2017 ("Rule 26 (f)

Conference"); WHEREAS, the deadline for Initial Disclosures required by Rule 26 (a)(1) would ordinarily be today, September, 2017, 14 days after the Parties' Rule 26 (f) Conference;

WHEREAS, the Parties agree to provide each other additional time to prepare the Initial Disclosures required by Rule 26 (a)(1); WHEREAS, Rule 26 (a)(1)(C) permits the Parties to stipulate to a due date for Initial Disclosures (F.R.C.P. 26 (a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26 (f) conference unless a different time is set by stipulation or court order…") (emphasis supplied));

NOW, THEREFORE, pursuant to Rule 26 (a)(1)(C), the Parties jointly request and HEREBY STIPULATE that the deadline for Initial Disclosures required by Rule 26 (a)(1) for this action be extended to October 20, 2017.

DATED: September 20, 2017
LAW FIRM OF BOB REEVE

BY_____/s/ *Bob Reeve* (as authorized on 9/20/17)
BOB REEVE, counsel for plaintiffs MICHAEL E. LEWIS

DATED: September 20, 2017
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

BY_____/s/ *Laura A. Wolfe* _____
LAURA A. WOLFE, counsel for defendant DOT TRANSPORTATION, INC.

ORDER

Pursuant to the stipulation of the Parties, the deadline for Initial Disclosures required by Rule 26 (a)(1) shall be extended to October 20, 2017.

IT IS SO ORDERED.

Dated: **September 21, 2017**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE