UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. LEWIS, | Case No. 1:16-cv-01918-DAD-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| DOT TRANSPORTATION, INC., *et al.*, | |
| Defendant. | (ECF No. 32) |

Plaintiff, Michael E. Lewis, and Defendant, DOT Transportation, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 32). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  __October 18, 2018__          __/s/ Erica P. Grosjean__
                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28